IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,        )
                                 )
              Plaintiff,         )              8:11CR96
                                 )
        v.                       )
                                 )
DALE M. WEINSTEIN,               )              ORDER
                                 )
              Defendant.         )
_____  )
```

This matter is before the Court on defendant's motion
to continue trial (Filing No. 32), with attached waiver of speedy
trial.  The Court finds the motion should be granted.
Accordingly,

IT IS ORDERED that the motion is granted; trial of this
matter is rescheduled for:

**Tuesday, January 24, 2012, at 9 a.m.**

Courtroom No. 5, Roman L. Hruska United States Courthouse, Omaha,
Nebraska.  This will give the parties time to pursue plea
negotiations or prepare for trial and will accommodate the
schedule of the Court, and the ends of justice will be served by
continuing this case and outweigh the interests of the public and
the defendant in a speedy trial.  The additional time between
November 22, 2011, and January 24, 2012, shall be deemed

excludable time in any computation of time under the requirement

of the Speedy Trial Act.  18 U.S.C. § 3161(h)(8)(A) & (B).

DATED this 14th day of November, 2011.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court