IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:11CR96 |
| | ) | |
| v. | ) | |
| | ) | |
| DALE M. WEINSTEIN, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

This matter is before the Court on defendant's motion to produce (Filing No. 37). The Court finds the motion should be granted. Accordingly,

IT IS ORDERED that defendant's motion to produce is granted. Plaintiff shall furnish the requested items to defendant on or before January 27, 2012.

DATED this 23rd day of January, 2012.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court