IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | 8:11CR96 |
| v. | ) | |
| DALE M. WEINSTEIN, | ) | ORDER |
| Defendant. | ) | |

This matter is before the Court on defendant's motion to continue sentencing (Filing No. 48). The Court finds the motion should be granted. Accordingly,

IT IS ORDERED that sentencing in this matter is rescheduled for:

**Wednesday, May 23, 2012, at 8:30 a.m.**

Courtroom No. 5, Roman L. Hruska United States Courthouse, Omaha, Nebraska.

DATED this 2nd day of May, 2012.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court